42 N.Y.2d 934 (1977)
Diane C. Walczyk, Appellant,
v.
Donnell Chresfield, Respondent.
Court of Appeals of the State of New York.
Argued June 3, 1977.
Decided June 30, 1977.
S. Mac Gutman for appellant.
Philip Hoffer, Raymond J. Mac Donnell, Rose L. Hoffer and Peter T. Affatato for respondent.
Concur: Chief Judge BREITEL and Judges JASEN, GABRIELLI, JONES, WACHTLER, FUCHSBERG and COOKE.
Order affirmed, with costs, on the memorandum at the Appellate Division (52 AD2d 601).